NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEFFREY A. KEOWIN,               )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D17-1885
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
                                 )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Clayton R. Kaeiser, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.